AUSA Jason A. Yonan (312) 353-4156

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 08 CR 617 |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| DANIEL SAMUEL VOICAN | ) | |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, ROBERT GLADWIN, personally appearing before United States Magistrate Judge JEFFREY COLE and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that DANIEL SAMUEL VOICAN (hereinafter "Voican"), has been charged by Complaint in the Eastern District of Virginia with the following criminal offense: Criminal Infringement of a Copyright, in violation of 17 United States Code Section 506 and Title 18 United States Code Section 2319.

A copy of the Complaint is attached. I have been informed through official channels that a warrant for the arrest of Voican has been issued pursuant to the Complaint. A copy of the arrest warrant also is attached.

ROBERT GLADWIN
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this 4th day of August, 2008

JEFFREY COLE
United States Magistrate Judge

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**EASTERN DISTRICT OF VIRGINIA**

FILED JUL - 3 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

DANIEL SAMUEL VOICAN

CASE NUMBER: 1:08mj520

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 26, 2007 and July 10, 2007__ in __Fairfax__ County, in the __Eastern__ District of __Virginia__ defendant(s) did, (Track Statutory Language of Offense)

**Felony criminal copyright infringement**

in violation of Title __17; 18__ United States Code, Section(s) __506; 2319__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following facts:
Official Title

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

/s/
Signature of Complainant
Greg Ryman
Special Agent
Federal Bureau of Investigation

AUSA- Jay V. Prabhu

Sworn to before me and subscribed in my presence,

7/3/08
Date

at __Alexandria, Virginia__
City and State

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
Signature of Judicial Officer

The Honorable Theresa C. Buchanan
United States Magistrate Judge



295B-WF-236671- 30

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. |
| | ) | |
| DANIEL SAMUEL VOICAN, | ) | |
| | ) | |
| Defendant | ) | |

**FILED JUL - 3**
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Greg Ryman, a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose, and state as follows:

### I. INTRODUCTION

1. I have been employed as a Special Agent of the FBI since June 2005, and am currently assigned to the Washington Field Office, Northern Virginia Resident Agency. Among my responsibilities has been to investigate Intellectual Property Rights violations of federal law, including violations of criminal copyright infringement (Title 18, United States Code, Section 2319 and Title 17, United States Code 506). I have gained expertise in the conduct of such investigations through formal training and on-the-job training with more experienced agents. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. The information contained in this affidavit is based on my own investigation, upon information provided to me by other agents of the FBI and other law enforcement officers, and other sources of information. I submit this affidavit for the limited purpose of establishing probable cause in support of this application for a complaint, and, thus, it does not contain every

fact gathered during the investigation. I have set forth only the facts that I believe are necessary to establish probable cause to charge DANIEL SAMUEL VOICAN with a felony violation of Title 17, United States Code, Section 506 and Title 18, United States Code, Section 2319 (Criminal Infringement of a Copyright).

## II. SUBJECT

3. DANIEL SAMUEL VOICAN (hereinafter "VOICAN") is described as a white male, whose last known address was in Wheeling, Illinois.

## III. RELEVANT STATUTES

*Criminal Copyright Infringement*

4. Title 17, United States Code, Section 506(a)(1)(A) provides, in pertinent part:

> (a) Criminal Infringement.—(1) In general.--Any person who willfully infringes a copyright shall be punished as provided under section 2319 of title 18, if the infringement was committed ... (A) for purposes of commercial advantage or private financial gain.

*Penalties For Criminal Copyright Infringement*

5. The penalties for violations of Title 17, United States Code, Section 506(a)(1)(A), are set forth in Title 18, United States Code, Section 2319(b)(1), which provides in pertinent part:

> (1) shall be imprisoned not more than 5 years, or fined in the amount set forth in this title, or both, if the offense consists of the reproduction or distribution, including by electronic means, during any 180-day period, of at least 10 copies or phonorecords, of 1 or more copyrighted works, which have a total retail value of more than $2,500.

## IV. BACKGROUND OF VICTIM'S INVESTIGATION

6. This investigation began with information provided by the Business

2

Software Alliance ("BSA") to the FBI concerning the unauthorized sale of pirated business computer software on eBay and on the Internet website www.kellytheatomicstudios.com/untitled-222.html (Hereinafter referred to as "THE WEBSITE"). The BSA is a trade association based in Washington, D.C. that represents the interests of hundreds of software developers. One of its functions is to investigate infringement of its member companies' products for purposes of civil and criminal enforcement activities. As part of its referral to the FBI, the BSA presented details related to its investigation. The FBI subsequently investigated many of the details provided by the BSA.

7.　Beginning in late 2006, the BSA suspected that an eBay seller using the ID "JOSEPHSWATCH007" was selling pirated software. The seller ran 15 concurrent auctions offering high end Computer Aided Design ("CAD") and 3D modeling software which appeared to be pirated software. The starting price for the software was $350, far below the manufacturer's suggested retail price. A contact phone number of 847-380-XXXX was listed for this eBay seller. An Internet search for this phone number revealed a link to THE WEBSITE. Upon visiting THE WEBSITE, visitors could browse through a variety of software for sale. A reverse domain name search revealed that this website domain was registered to DANIEL VOICAN, IOIODANI@GMAIL.COM, at a particular address on Turtle Creek in Palatine, Illinois 60074 with the same telephone number of 847-380-XXXX.

3

8. Prior to a purchase of the software titled "PTC Pro Engineer Wildfire 3" from the eBay seller JOSEPHSWATCH007, a BSA investigator sent an inquiry as to the ability for the purchaser to register the software. By registering software, the customer can get customer service and receive software updates from the company. All legitimate copies can be registered with the actual manufacturer.

9. On December 21, 2006, an email message was received from JOSEPHSWATCH@GMAIL.COM stating that "You can activate the software if that is what you meant. Yes, I take money orders.call me at 847-380-XXXX."[sic] An examination of the mail-header revealed that the response was generated from a computer named "BRAVOLAPTOP" assigned Internet Protocol (IP) address 68.60.234.108. Records received from Comcast Cable revealed this connection to be registered to Alina Dumitrascu, on Turtle Creek, in Palatine, Illinois 60074 (i.e., the same address associated with THE WEBSITE). During surveillance of the address on Turtle Creek on July 6, 2007, FBI agents observed a metal panel next to the door with a button labeled "C." The names "Dumitrascu/Voican" were next to this button.

10. BSA also determined that the same telephone number of 847-380-XXXX was being used, in conjunction with several other eBay identities, to sell infringing items, including pirated software. Records received from Paypal revealed that VOICAN was utilizing multiple email addresses to accept payment through his two Paypal accounts. Account number 23004106565735661116 listed the email accounts

4

IOIODANI@GMAIL.COM, IOIOIDANI@GMAIL.COM, and IOIO900@GMAIL.COM - all email addresses - as active and confirmed contact e-mail addresses for the account. Records received from Paypal revealed that the Paypal account number 1351194189510529583 listed DANVOICAN@GMAIL.COM - as an active and confirmed contact e-mail address. As further described below, my investigation has indicated that VOICAN was utilizing these four email addresses - all associated through his two Paypal accounts - to facilitate the illegal sale of copyrighted software.

11.     In early January 2007, a BSA investigator contacted the email address WEBMASTER@BRAVOSTUDIOS.US located on THE WEBSITE and received an automated response directing him to call the cellular telephone number 773-341-XXXX. Following this automated response, the investigator received an electronic mail message from WEBMASTER@BRAVOSTUDIOS.US with "DAN" in the FROM field. The message said "...If you are interested in pirated software let me know what you want. As for original the price is between 450 and 1800 depends on what you want." Email header information also indicated that this message was also sent from a machine named "BRAVOLAPTOP" from the IP address 68.60.234.108. This is the same machine and connection referred to above. Records received from T-Mobile revealed that telephone number 773-341-XXXX has an account address of the same address on Turtle Creek in Palatine, Illinois 60074.

12.     In January of 2007, e-mail conversations between a BSA investigator and

5

"DAN" continued regarding the sale of software. On January 17, 2007, the BSA investigator received a message from the same, above-referenced computer and connection stating, "You will receive an email shortly with the location of the file I did put there pcanywhere 12 and the addons The password is www.cmsz.org it is zipped and you need wirar to uncomress it or winzip." [sic] Shortly thereafter, the BSA investigator received a message from IOIODANI@GMAIL.COM. This message stated, "...you've got a file called "pcAnywhere_AIO_byCMS_TEAM.rar" (42.71 MB) from IOIODANI@GMAIL.COM waiting for download...." Shortly after this message, the investigator received another message. This message was from DANVOICAN@GMAIL.COM and stated "you've got a file called "McAfee_Internet_Security_Suite_8_IN_1_2007.rar" (37.07 MB) from DANVOICAN@GMAIL.COM waiting for download...." After receiving these two email messages, the investigator received another message from WEBMASTER@BRAVOSTUDIOS.US. This email message was sent from the same computer and connection as referenced above. This email message stated "Did you get the programs. From now on everything costs money... ok?" BSA verified that both copyrighted works of software that were provided were pirated. Based on my training and experience, I believe that these pirated works were provided for free to entice further sales for private financial gain. Furthermore, I observed that two separate e-mail addresses were utilized simultaneously during the above-described transaction.

13.　　In early February 2007, a BSA investigator used email to negotiate the purchase of Adobe Photoshop Creative Suite Premium (manufacturer's suggested retail price of $1,199.00) for $250.00 from a subject using the email addresses IOIO900@GMAIL.COM and WEBMASTER@BRAVOSTUDIOS.US. During the course of these negotiations, the subject instructed the BSA investigator to send a United States Postal Service Money Order for $250.00 to DANIEL VOICAN, at the address on Turtle Creek in Palatine, Illinois 60074. The computer BRAVOLAPTOP, referenced above, was used with the e-mail address WEBMASTER@BRAVOSTUDIOS.US to send the e-mail message "250 for the entire suite cs2." The same computer, using e-mail address IOIO900@GMAIL.COM, was used to send the address for delivery of the money order.

14.　　On February 14, 2007, a BSA investigator received a message from email address IOIO900@GMAIL.COM with "DAN" in the FROM field, sent from the same computer (BRAVOLAPTOP) and internet connection referenced above, referring to the purchase of Adobe Creative Suite CS2, and describing how an activation code for the software would be provided. The BSA investigator agreed to purchase the software. On February 19, 2007, a package containing a DVD with the pirated copyrighted work Adobe Photoshop Creative Suite Premium was received via DHL at an address used by BSA in Arlington, Virginia. The package included a sheet of paper with a serial number and a DVD-R in a paper cd sleeve. Examination of the DVD-R by BSA disclosed that it

7

contained installation files for the Adobe Creative Suite CS2. Further examination by BSA revealed a folder named Video Collection 2.5 Pro and what appeared to be license key generation software for this collection, in a sub-folder named "Crack". BSA advised that Adobe Creative Suite CS2 does not normally have these additional files, and the software is distributed by the manufacturer on compact disk rather than DVD. BSA also advised that the Adobe Creative Suite CS2 received in the transaction was a pirated copy of the copyrighted software of its member company Adobe Systems Inc.

15. On February 21, 2007, "DAN" sent a message from the same computer and internet connection referenced above, using the e-mail address IOIO900@GMAIL.COM, stating, "...My paypal id is IOIODANI@GMAIL.COM In one hour after I receive the activation request code you will get the activation code." In another e-mail from IOIO900@GMAIL.COM, "DAN" provided telephone number 224-578-XXXX to discuss any issues. As instructed, the BSA investigator provided the request code to "DAN" and received the activation code from "DAN" via e-mail address IOIO900@GMAIL.COM, from the same computer referenced above. This code activated the software, Adobe Creative Suite CS2, that was received on February 19, 2007. Records obtained from T-Mobile revealed that the telephone number 224-578-XXXX provided was registered to Daniel S. Voican at the address on Turtle Creek in Palantine, Illinois 60074. I observed that in completing this transaction, the subject utilized e-mail addresses IOIODANI@GMAIL.COM and IOIO900@GMAIL.COM

8

interchangeably.

16. On March 23, 2007, BSA discovered another eBay seller ID, PATPATEL9, selling a similar list of software. The PATPATEL9 identity uses the same telephone number as those identities previously identified herein. In addition to advertising a similar list, PATPATEL9 used a similar graphic image to display the text of the auction, though this time without a phone number. The method of sale was also similar to "DAN" in that PATPATEL9 offered to send the software prior to payment and then supply the activation after receiving payment. When PATPATEL9 was contacted via eBay, a reply was received from the email address IOIODANI19@GMAIL.COM, which is similar to the addresses discussed above.

### V. FBI INVESTIGATION

17. In response to the referral by BSA, the FBI began an undercover investigation into VOICAN, multiple eBay seller IDs, and THE WEBSITE. On April 26, 2007, acting in an undercover capacity, I contacted e-mail address IOIO900@GMAIL.COM and asked for a price quote for "Avid SoftImage XSI Advanced 5.1", "Microsoft Money 2006 Small Business", and "Microsoft Office 2007 Enterprise". Avid SoftImage XSI Advanced 5.11 has a manufacturer's suggested retail price of $6,995; Microsoft Money 2006 Small Business has an MSRP of $89.99, and Microsoft Office 2007 Enterprise has an MSRP of $584. On April 27, 2007, I received a reply from email address IOIO900@GMAIL.COM, reflecting the name "lemoine, sarah" in the

9

"FROM" field, quoting a total of $500 for all three pieces of software. I sent a reply email to IOIO900@GMAIL.COM and asked if Paypal was accepted. The response came from email address IOIO900@GMAIL.COM, reflecting the name "dan" in the "FROM" field, from a computer named "BRAVOLAPTOP1" (slightly different than the previously referenced BRAVOLAPTOP). The response stated in pertinent part, "If you want the cds you will get it Tuesday and if you want the download link today Check is fine. I don't do paypal anymore." I then directed an e-mail to "Dan" at the same address, asking him to send me the disks. I received a reply April 30, 2007, again from the email account IOIO900@GMAIL.COM, with "lemoine, sarah" in the "FROM" field, stating, "I think I will do paypal, if not I will let you know." Ultimately, the subject and I agreed that he would send the software and that once the software was received, payment would be sent. Finally, when payment was received, activation codes would be provided. On May 4, 2007, I received another e-mail, again from the e-mail account IOIO900@GMAIL.COM, with "lemoine, sarah" in the "FROM" field, stating "I have not heard from you" and signed, "Dan."

18. On May 14, 2007, the package containing the pirated software was received at an undercover location in the Eastern District of Virginia via DHL Express. This package contained a computer-typed note, which contained installation and license circumvention instructions for Avid Softimage XSI Advanced 5.11 and activation code for Microsoft Office. This package also included three white compact disks. Burned

10

onto these disks was Avid Softimage XSI Advanced 5.11, Microsoft Money 2006 Small Business and Microsoft Office 2007 Enterprise. The software was examined by a representative of the BSA and determined to be pirated copies of copyright protected software of their member companies.

19. On May 14, 2007, I received instructions via email from email account IOIO900@GMAIL.COM, with "lemoine, sarah" in the "FROM" field, to send a check for the purchased pirated software to "Dan Voican" at the address on Turtle Creek in Palatine, Illinois 60074. I then asked to transfer the money via bank wire instead. On May 22, 2007, I was instructed via email from IOIO900@GMAIL.COM to wire the money to a Bank of America account. Records received from Bank of America revealed that the address on the account was the address on Turtle Creek in Palatine, Illinois 60074.

20. On May 27, 2007, I sent an email message to IOIO900@GMAIL.COM stating that I would transfer the money and that I would like to purchase the desktop engineering software "PTC Pro Engineer Wildfire 3". This software has an MSRP of $5,000. On May 28, 2007, I received an email from IOIO900@GMAIL.COM stating, "in order to install ptc you have to know what you are doing. on a scale from one to 10 how good are you with computers? I have it but is not easy to install. And for that I will charge you $250 at least.... If not wire the money for the other ones and will see in the future what will we do with Wildfire." On May 29, 2007, I transferred $750 ($500 for the

11

Avid SoftImage XSI Advanced 5.11, Microsoft Money 2006 Small Business, and Microsoft Office 2007 Enterprise which arrived on May 14, 2007, and $250 for the PTC Pro Engineer Wildfire 3) from an undercover bank account to the Bank of America account discussed above. On May 30, 2007, I received an email from email account IOIO900@GMAIL.COM confirming the transaction. On June 4, 2007, I received an email message from IOIO900@GMAIL.COM stating, "You will receive it tomorrow morning before 12 am. Do not install it until you receive an email from me with directions that will guide you through." On June 5, 2007, a package was received at an undercover mailbox located in the Eastern District of Virginia via DHL express containing a total of four compact disks. Three of the disks were white in color. Of these, the first had no writing on it, the second was hand labeled with what appeared to be black permanent marker "CD 2," and the third was hand labeled with what appeared to be black permanent marker "CD 3." The fourth disk was a purple Maxell brand CD-R disk with no writing on the disk. The paper envelope containing this disk was hand labeled at the top "LICENSE" and at the bottom was hand written, "DON'T INSTALL UNTIL YOU READ MY EMAIL." On June 5, 2007, I received an email message from email address IOIO900@GMAIL.COM providing detailed instructions on how to install the pirated software.

21. On July 6, 2007, acting in an undercover capacity, I sent an email message to IOIO900@GMAIL.COM requesting assistance with installing the previously

purchased PTC Pro Engineer Wildfire 3. On July 7, 2007, I received an email from IOIO900@GMAIL.COM, signed by "dan," asking me to call him to set up a day to help with the installation of the software.

22. On July 10, 2007, acting in an undercover capacity, I placed a call to VOICAN at 847-380-XXXX. A machine answered the call and I left a message. A few minutes later, my call was returned. I asked, "Dan?" when I answered the call and the caller stated, "yes." During this phone call, I was telephonically assisted with the how to install and circumvent the licensing protection for PTC Pro Engineer Wildfire 3, that had been purchased from VOICAN on June 5th, 2007.

23. On July 25, 2007, SA Robert Gladwin IV and I interviewed Daniel Samuel Voican. During this interview, VOICAN voluntarily admitted the following:

1) Voican had moved out of the address on Turtle Creek in Palatine, Illinois two days prior to the interview. The apartment was leased to Alina Dumitrascu and another individual.

2) Voican operated a computer service company in the Chicago area. His company was not an authorized reseller for any hardware or software company. He registered BRAVOSTUDIOS.US and KELLYTHEATOMICSTUDIOS.COM. BRAVOSTUDIOS.US contained a list of software that he could provide to customers. He copied this list from another website. He admitted that he had been selling pirated software for approximately three years. Although he knew that it was illegal to sell the software, he justified his actions because he was not the one to crack the software. He saw himself as the middleman providing the software to the end users.

3) Voican advertised the software on eBay as being legal products, although he knew that they were not legal. Most Original Equipment Manufacturer (OEM) software could be upgraded via the software manufacturer's website; however, the software that he sold could not. He pointed out that the customer would have the same problem updating software if the customer had purchased the software used and it had been

13

        already registered in the name of the original owner.

4)      Voican admitted that he accepted checks, Paypal, and moneygram as payment for the software. Moneygrams were picked up in the Chicago area using his name. In addition to the software he would provide technical support to assist the user in installing the software. When a customer would purchase software, he would sometimes provide the Internet links to storage locations which contained the software. RAPIDSHARE was an example of one of these sites. In these cases, he did not upload the software to the Internet and did not know who had uploaded it. On other occasions, he would make a copy of the software and ship the copy to the customer. He estimated that on ten to twenty occasions he had shipped legitimate used software in the manufacturer's box to customers.

## VI. CONCLUSION

24.     Based on the aforementioned facts, I respectfully submit that there is probable cause to believe that, between on or about April 26, 2007 and on or about July 10, 2007, DANIEL SAMUEL VOICAN committed felony criminal copyright infringement, in violation of 17 U.S.C. Section 506(a)(1)(A); 18 U.S.C. Section 2319(b)(1); in that, within a 180-day period, he did willfully reproduce and distribute at least ten infringing copies of one or more copyrighted works, with a total retail value of more than $2,500, for purposes of private financial gain.

25.     In consideration of the foregoing, your affiant respectfully requests a criminal complaint and arrest warrant for DANIEL SAMUEL VOICAN be issued.

The abovementioned is true and correct to the best of my knowledge, information, and belief.

Greg Ryman
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this 3rd day of July 2008.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

HON. THERESA C. BUCHANAN
UNITED STATES MAGISTRATE JUDGE

15

AO 442 (Rev. 12/85) Warrant for Arrest

1536417

# United States District Court

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.

DANIEL SAMUEL VOICAN

**INFORMATION COPY ONLY**

**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

CASE NUMBER: 1:08mj520

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      DANIEL SAMUEL VOICAN
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Criminal Copyright Infringement

in violation of Title __17; 18__ United States Code, Section(s) __506; 2319__

Name of Issuing Officer

_[signature]_

Signature of Issuing Officer

Title of Issuing Officer

July 3, 2008, Alexandria, VA
Date and Location

Bail fixed at $ _____     by     **THERESA CARROLL BUCHANAN**
                                                          **U.S. MAGISTRATE JUDGE**
                                                          **EASTERN DISTRICT OF VIRGINIA**

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

COPY