Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 617-1 | **DATE** | 8/4/2008 |
| **CASE TITLE** | United States of America vs. Daniel Voican | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Removal proceedings held. Defendant appears in response to arrest on 8/4/08. Daniel G. Martin is appointed as counsel for defendant. Defendant informed of the charges against him and the maximum penalties, his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel. Defendant waives identity hearing. The Court finds that the defendant is the person named in the arrest warrant. Bond hearing is set for Wednesday, 8/6/08 at 3:00 p.m. Defendant is ordered detained until further order of court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|