Case 1:08-cr-00617   Document 4   Filed 08/04/2008   Page 1 of 1

# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. VOICAN
FOR: NO ILL
AT: Chicago IL

LOCATION NUMBER: ILNCC

PERSON REPRESENTED (Show your full name): DANIEL VOICAN

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☒ Other (Specify): REMOVAL

DOCKET NUMBERS
District Court: 08 CR 617

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

FILED 8-4-08
AUG X 4 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☒ Am Self Employed
Name and address of employer: ____
IF YES, how much do you earn per month? $2000
If married is your Spouse employed? ☐ Yes ☒ No

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

**CASH** — Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $137

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? ☒ Yes ☐ No
VALUE: $1000 — DESCRIPTION: Toyota Corolla '95

**DEPENDENTS**
MARITAL STATUS: ☒ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support: SELF

**OBLIGATIONS & DEBTS**
APARTMENT OR HOME: RENT — Monthly Payt. $400
Creditors: CREDIT CARDS MISC — Total Debt $10,000

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 8/4/08

SIGNATURE OF DEFENDANT ▶ X