# United States District Court, Northern District of Illinois

*HHN*

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 617-1 | **DATE** | 8/6/2008 |
| **CASE TITLE** | United States of America vs. Daniel Samuel Voican | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Government's oral motion to detain defendant is granted. The Government has demonstrated by preponderance of the evidence that there is no condition or set of conditions that will reasonably assure the defendant's attendance in Eastern District of Virginia on charges in criminal compliant 1:08mj520. The defendant is order detained until further order of court. Order defendant removed to the Eastern District of Virginia forthwith.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|