HHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08-CR-617 |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| DANIEL SAMUEL VOICAN | ) | |
| | ) | |

## ORDER

THIS MATTER COMING TO BE HEARD on the motion of the United States for detention of the Defendant, DANIEL SAMUEL VOICAN, after hearing proffered evidence and argument of counsel, the Court finds by a preponderance of evidence (*see United States v. Portes*, 786 F.2d 758, 765 (7th Cir. 1985)) that there is a serious risk that Defendant will flee and that no condition or combination of conditions will reasonably assure his appearance. In support of this conclusion, the Court makes the following written findings (*see* 18 U.S.C. § 3142(I)):

Based on the factors articulated in the pretrial services report, the Court concludes that the Defendant is a serious flight risk and that no condition or combination of conditions will reasonably assure his appearance. Specifically, but not exclusively, the Court notes the following: Defendant has two bond forfeitures in his background for criminal charges less serious than the charges brought against him in this action; that he may be subject to removal from this country if he is convicted in this case because he is a lawful permanent resident; that he has no ties to the charging jurisdiction, the Eastern District of Virginia; and that Defendant has moved around a great deal, has no permanent residence and did not provide an address for where he is currently living. Therefore, the Court concludes that the Defendant shall be detained.

IT IS HEREBY ORDERED THAT:

1. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant is to be afforded reasonable opportunity for private consultation with counsel; and,

3. On order of a court of the United States or on request of an attorney for the Government, the Defendant shall be delivered to a United States Marshal for purposes of an appearance in connection with a court proceeding.

Jeffrey Cole
United States Magistrate Judge

Date: Aug 7, 2008