CH

**FILED**

AUG 18 2008 NF

AUG 18 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 cr 617

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Thompson  C. Date of Delivery 8-12-08 |
| 1. Article Addressed to:<br><br>Eastern District Court of Virginia<br>193 Walter E. Hoffman<br>United States Courthouse<br>600 Granby Street<br>Norfolk, VA 23510-1915 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>☐ Express Mail<br>☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0001 7312 5694 |
| PS Form 3811, February 2004 | Domestic Return Receipt  08 cr 617  102595-... 1540 |